IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Case 06-CV-510 WHA

Case No. ~~2-06-CV-510 WHA~~

Anthony Carey # 152763
Full name and prison number
of plaintiff(s)

v.

Warden, George Free,
Officer Gray Bice, Ann Langford
Attorney General of The State
of Alabama, Hon: Troy King
et al,
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07-CV-481-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) Anthony Carey

   Defendant(s) Warden: George Free, Officer Gray Bice, Ann Langford, Attorney Gen. Hon. Troy King et al,

2. Court (if federal court, name the district; if state court, name the county) Circuit Court Elmore, County

3. Docket number CV-05-467

4. Name of judge to whom case was assigned Circuit Judge Hon: Sibley G. Reynolds

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) (NO) This Petition For writ Of Habeas Corpus, File motion opposition to Dimiss 11-13-05

6. Approximate date of filing lawsuit 4/12/05

7. Approximate date of disposition 11/8/05

II. PLACE OF PRESENT CONFINEMENT Elmore Circuit Court, Criminal Civil Appeals Court, The Supreme Court of Alabama

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED State Cattle Ranch, Greensboro Hale County, Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Warden: George Free — State Cattle Ranch, 1134 County Rd. 73 Greensboro, Al 36025
2. Officer Gray Bice — State Cattle Ranch, 1134 County Rd. 73 Greensboro, Al 36025
3. Ann Langford — Auburn Rural Studio, P.O. Box 278 Hwy 61 Newbern, Al
4. Attorney Gen. Hon: Troy King et al, 11 S. Union St. Mon, Al 36130
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 16, 2003

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Whether the Circuit erred denying petitioners petition? 11-8-05 Motion For appoint Cousel 11-8-05 Due process over looking the Facts in the case;

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

Officer Bice, Stated that he received a phone call, From Ann Langford. Mrs. Landford informing him that I had being Fired and disrespect. Officer Bice when on to say Mrs. Landford informing him, that I was seen talking to some people in a car on the side of the road. Officer Bice write me, one citation & (2) disciplinary

**GROUND TWO:** (Jurisdiction) I First File a Habeas Corpus in Hale County, where inciden occured. (See) The Affidavit of Ms. Oretta Johnson

**SUPPORTING FACTS:** Discipilnary Hearing was at the Cattle Ranch (Greensboro, Hale County) That is why I Filed in Hale County CV-05-88 Judge Hon: Marvin W. Wiggens Granted Motion, Counsel was appointed: Att. Patrick S. Arrington. Trail was set For Monday September 19, 2005, in Hale County Alabama Courthouse, (State raised Juridiction Issure) Counsel withdraw

**GROUND THREE:** Constitation Violation: Nor shall any person be subject For the same offense twice, to confronted my accused

**SUPPORTING FACTS:** Officer Bice, made several misstates by First writing me a behavior. Along with inmate Kennedy Smith B/M 160443, Smith citation was in house. Officer Bice write me disciplinary For the same thing, possession of Contraband. It not clear what the charged was me being Fired, having a phone card or possession of Contraband There is no rule # 85 was the phone Call that he receive From Mrs. Langford.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Relief

To enforce all State and Federal Constitution Right, No retaliation From Att. Gen Office, A.D.O.C. To Reimburse me $1,000,000.00 over 18 years of A.D.O.C. has forced requirement to pay outrageous Phone rates To Return back to the Cattle Ranch, without any problems...

*Signature of plaintiff(s): Anthony Caney*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5/26/07
(Date)

*Signature of plaintiff(s): Anthony Caney*

4

# RELIEF SOUGHT

1. For the United State District Court to protect petitioners Federal and state Constitutional right in which it is the Court obligation to guard any enforce.

2. To reimburse me $1,000,000.00 over the 18 years Alabama Departmen of Correction has forced requirement of inmate to pay outrageous phone rates. Instead of internation flat rates, five (5) dollars per call in state the resignation.

3. I am asking for the Warden George Free, Officer Gray Bice, of the State Cattle Ranch and the resignation of Mrs. Ann Langford of Auburn Rural Studio Newbern, Al.

4. The citation and disciplinary be removed from all of my instititional Jacket, Central Record, Parole Board, also the affidavit of Mrs. Ann Langford, to be removed.

5. No retaliation are threats from Alabama Department of Correction, The Attoreny General Office, The Parole Board and none of it employee at the State Cattle Ranch (and return back to the Cattle Ranch)

6. A Law Library at the Cattle Ranch with Books, typewriter and Computer.

## Certificate of Sevice

I hereby cerify that I have served a copy of the foregoing, to the Attroney General Office Attorney General: Troy King 11 South Union Street Montgomery, Alabama 36130 with a copy of the same done this 28th Day of May 2007. By First Class Mail postage prepiad in the United State mail

Attorney General
Troy King
11 South Union Street
Montgomery Al. 36130

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101

(See) Petitioner: Notice of Appeal
Supreme Court Case No: 1051055
Criminal Appeals No: CR-05-0343

Anthony Carey

Anthony Carey #152763
Limestone Correctinal Facility H-148-B
28779 Nick David Road
Harvest, Alabama 35749



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office Of The Clerk
Hon: Debra P. Hackett
c/o United State District Judge
Honor Judge: Delores R. Boyd
United State District Court
P.O. Box 711
Montgomery, Alabama 36101