M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

Anthony L. Carey #152763
_____
_____
_____
         Plaintiff(s)

v.                                    Civil Action NO: 2:07-CV-481-WKW

The State of Alabama, et al,
_____
_____
_____
         Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Anthony L. Carey #152763__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

                                        _Anthony L. Carey_
                                        Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

_Anthony Carey_
Plaintiff(s)

vs.                                          CIVIL ACTION NO. 2:07-CV-451-WKW

_The State of Alabama, et al,_
Defendant(s)

I, _Anthony Carey_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?    YES ( )    NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )    NO (X)
   B. Rent payments, interest or dividends?    YES ( )    NO ( )
   C. Pensions, annuities or life insurance payments?  YES ( )    NO (X)
   D. Gifts or inheritances?    YES ( )    NO (X)
   E. Any other sources?    YES ( )    NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES ( )    NO (✓)

   If the answer is YES, state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____

   _____
   _____
   _____

                                    _Anthony Carey_____
                                    Signature of Affiant

STATE OF ALABAMA         )
COUNTY OF _Elmore_       )

       Before me, a notary public in and for said County, in said State, personally appeared _Anthony Carey_____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
       That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _Anthony Carey_____
                                    Signature of Affiant

Sworn to and subscribed before me this ____ day of _July_____, 19 _2007_.

                         _____
                         Notary Public
                         _Elmore_____ County, Alabama

                                OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/21/07___ .
            (date)

___Anthony Carey___
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __6.21__ on account to his credit at the __LCF__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

N/A

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _____ N/A _____ on the 1st day of _____ N/A _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ ___13.40___ on the 1st day of ___May 2007___
6. $ ___14.41___ on the 1st day of ___June 2007___

___Beverly Burnett___
Authorized Officer of Institution

DATE ___6/25/07___

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               LIMESTONE CORECTIONAL FACILITY

AIS #: 152763      NAME: CAREY, ANTHONY            AS OF: 06/25/2007

                   # OF         AVG DAILY         MONTHLY
          MONTH    DAYS         BALANCE           DEPOSITS
---------------------------------------------------------------------

          JUN       5           $0.00             $0.00
          JUL      31           $0.00             $0.00
          AUG      31           $0.00             $0.00
          SEP      30           $0.00             $0.00
          OCT      31           $0.00             $0.00
          NOV      30           $0.00             $0.00
          DEC      31           $0.00             $0.00
          JAN      31           $0.00             $0.00
          FEB      28           $0.00             $0.00
          MAR      31           $0.00             $0.00
          APR      30           $0.00             $0.00
          MAY      31           $13.40            $60.72
          JUN      25           $14.41            $50.00
```

Anthony Carey AIS #152723 H-54
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36101+0711

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711