IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-481-WKW |
| | ) |
| WARDEN GEORGE FREE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on July 26, 2007 (Court Doc. No. 6), and as the court granted a previous *in forma pauperis* motion filed by the plaintiff, *Order of June 18, 2007 - Court Doc. No. 4*, it is

ORDERED that the instant motion be and is hereby DENIED as moot.

Done this 27th day of July, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE