| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ~~F. Calahas~~ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>8/1/07 |
| 1. Article Addressed to:<br><br>Clerk, U. S. District Court<br>Northern District of Alabama<br>140 U. S. Courthouse<br>1729 5th Avenue North<br>Birmingham, Al. 35203 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:07CV 481<br>entire file |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 2760 0005 4873 9303 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

July 31, 2007

Clerk, U. S. District Court
Northern District of Alabama
140 U. S. Courthouse
1729 5th Avenue North
Birmingham, Al. 35203

CV-07-J-1414-NE

Re:   Anthony L. Carey v. George Free et al
      Civil Action No. 2:07cv481-WKW

Dear Clerk:

   Please find enclosed our Court file in the above-styled cause together with the order transferring this cause to your district and a certified copy of all docket entries. Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

   To receive these documents in pdf format, please call me at 334-954-3954 or e-mail me at sheryl_lent@almd.uscourts.gov and I will e-mail them to you.


                                          Sincerely,



                                          DEBRA P. HACKETT, CLERK



                                          By: /s/ Sheryl Lent
                                          Deputy Clerk

DPH/sb

Enclosures