IN THE U.S. COURT OF APPEALS,
ELEVENTH CIRCUIT

| | | |
|---|---|---|
| ANTHONY L. CAREY, 152763 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-481-WKW |
| | ) | |
| WARDEN GEORGE FREE, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 this Plaintiff hereby files notice of appeal to this court and continue challenging to disposition of plaintiffs habeas petition in Elmore County, Alabama and his claims against Troy King.

The Circuit Court, Alabama Criminal Of Appeal and The Supreme Court Of Alabama. Fail to notice and acknowledge all of the fact and evidence in this case: The plaintiff Affidavit and The Affidavit of Mrs. Ovetta Johnson.

_Anthony L. Carey pro-se_
Signature of plaintiff(s)