UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**RECEIVED**

TELEPHONE
(334) 954-3610

2007 AUG 28  A 10: 58

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK DEBRA P. HACKETT AUG 2 3 2007 CLERK ATLANTA, GA.]*

August 21, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDCA NO <u>CV-07-W-481-N</u>

USCA NO <u>07-13909H</u>

ANTHONY L. CAREY VS. GEORGE FREE, ET AL.

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal:_Yes,__ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
_X_ No                        Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;__Yes,_X_No:___Date, Receipt#_____
___Appellant has been ___GRANTED;___
___DENIED IFP, Copy of Order enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: <u>WILLIAM KEITH WATKINS</u>
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
         ___Volume(s) of Pleadings,___ Volume(s) of Transcripts,
         ___ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____
         ___ Exhibits:
         ___Volume (s) of Original Papers

---

cc:                              Sincerely,

                                 DEBRA P. HACKETT, CLERK

                                 By: *Yolanda Williams*
                                 Deputy Clerk