No. 07-13909-H

## JURISDICTIONAL QUESTION

Whether the district court's August 31, 2007, order is final and immediately appealable in light of the court's (1) transfer of the appellant's claim regarding the validity of the 2003 disciplinary action to the District Court for the Northern District of Alabama; and (2) dismissal with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), of his claims arising from actions of the circuit court of Elmore County, Alabama, and his claims against Troy King? See 28 U.S.C. § 1291; Fed.R.Civ.P. 54(b); Haney v. City of Cumming, 69 F.3d 1098, 1101 (11th Cir. 1995); Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984); Roofing and Sheet Metal Servs. Inc. v. LaQuinta Motor Inns, Inc., 689 F.2d 982, 987 (11th Cir. 1982).

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

September 04, 2007

For rules and forms visit
www.ca11.uscourts.gov

2007 SEP -6 A 10: 08

Anthony L. Carey (152763)
Limestone CF
28779 NICK DAVIS RD
HARVEST AL 35749-7009

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-13909-H**
Case Style: Anthony L. Carey v. George Free
District Court Number: 07-00481 CV-W-N

NOTICE OF APPEAL FILED: August 13, 2007

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. An original plus three copies of any response should be filed. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) received and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

c: District Court Clerk

JUR-1 (08-2005)