```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000984
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY CAREY
 Case/Party: D-ALM-2-07-CV-000481-001
 Amount:         $32.00
------------------------------------
CHECK
 Check/Money Order Num: 3479
 Amt Tendered: $32.00
------------------------------------
Total Due:      $32.00
Total Tendered: $32.00
Change Amt:     $0.00

APPEALS FEE PAID FIRST
```