Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

November 07, 2007

**Appeal Number: 07-13909-H**
Case Style: Anthony L. Carey v. George Free
District Court Number: 07-00481 CV-W-N ()

TO:   Anthony L. Carey (152763)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 07, 2007

Anthony L. Carey (152763)
Limestone CF
28779 NICK DAVIS RD
HARVEST  AL  35749-7009

**Appeal Number: 07-13909-H**
Case Style: Anthony L. Carey v. George Free
District Court Number:  07-00481  CV-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

A briefing notice will issue shortly.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

RECEIVED

2007 NOV 13  A 10: 00

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13909-H

ANTHONY L. CAREY,

Plaintiff-Appellant,

versus

GEORGE FREE,
Warden,
GRAY BICE,
Officer,
Ann Langford,

Defendants-Appellees,

TROY KING,
Attorney General, Hon.,

Defendant.

Appeal from the United States District Court for the
Middle District of Alabama

Before BLACK and MARCUS, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED in part and MAY PROCEED in part. The appeal is DISMISSED

for lack of jurisdiction as to the portion of the district court's July 31, 2007, order that transferred

Appellant's claims regarding a 2003 disciplinary for possession of contraband to the United States

District Court for the Northern District of Alabama. That decision is not interlocutorily appealable.

See Stelly v. Employers Nat'l Ins. Co., 431 F.2d 1251, 1253 (5th Cir. 1970). However, with respect

to the district court's dismissal of Appellant's remaining claims, the appeal MAY PROCEED. See

Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983).