| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2          Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>2:07cv481-WKW |

IN THE _United States_ COURT OF _The Middle District_, ALABAMA
(Circuit/District/Municipal)        (Name of County or Municipality)

STYLE OF CASE: _Anthony L. Carey_ v. _D.O.C. Ala. Board of Pardon & Parole, V.O.C. et al._
              (Plaintiff(s))                 (Defendant(s))

TYPE OF PROCEEDING: _Civil_   CHARGE(s) (if applicable): _Denied parole_

☒ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that these fees be waived initially and taxed as costs at the conclusion of the case.

☒ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request the court to appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

**1 IDENTIFICATION**
Full name _Anthony L. Carey_                           Date of birth _April 12, 1956_
Spouse's full name (if married)
Complete home address

Number of people living in household
Home telephone number
Occupation/Job _____    Length of employment
Driver's license number _____  *Social Security Number _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_
Employer _____    Employer's telephone number
Employer's address

**2 ASSISTANCE BENEFITS**
Do you or anyone in your household receive benefits from any of the following sources? (if so, please check those which apply.)

☐ AFDC    ☐ Food stamps    ☐ SSI    ☐ Medicaid    ☐ Other

**3 INCOME/EXPENSE STATEMENT**
Monthly Gross Income:
  Monthly Gross Income                                    $ _50.00_
  Spouse's Monthly Gross Income (unless a marital offense)
  Other Earnings: Commissions, Bonuses, Interest Income, etc.
  Contributions from Other People Living in Household
  Unemployment/Workmens's Compensation,
    Social Security, Retirements, etc.
  Other Income (be specific) _Mother send $50.00_
                **TOTAL MONTHLY GROSS INCOME**               $

Monthly Expenses:                                    _multivitamin, Legal Pad_
  A. Living Expenses                                 _Deodorant, Shampoo, Soap_
     Rent/Mortgage                            $ _20.00_ _Hair Grease, Coffee, battery_
     Total Utilities: Gas, Electricity, Water, etc.
     Food
     Clothing                                          _30.00_
     Health Care Insurance              _Health Care 3.00 each time I send for sick call_
     Car Payment(s)/Transportation Expenses
     Loan Payment(s)

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Form C-10  Page 2 of 2     Rev. 2/95

Monthly Expenses: (con'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses *(be specific)*

    **Sub-Total**      A $ 20,00

B.    Child Support Payment(s) Alimony     $

    **Sub-Total**      B $ 30,00

C.    Exceptional Expenses     $

**TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)** $ 50,00

Total Gross Monthly Income Less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**      $ 50,00

**4. LIQUID ASSETS:**
Cash on Hand/Bank *(or otherwise available as stocks, bonds, certificates of deposit)*    $
Equity in Real Estate (value of property less what you owe)
Equity in Personal Property, etc (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
Other *(be specific)*
Do you own anything else of value?    ☐ Yes    ☒ No
(land, house, boat, TV, stereo, jewelry)
If so, describe

**TOTAL LIQUID ASSETS**      $

**5. Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

12 day of December, 2007

9-8-2010

Judge/Clerk/Notary    Commission Expires: _____

*/s/ Anthony L. Carey*
Affiant's Signature

Print or Type Name

**ORDER OF COURT**

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED THAT _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____

Judge

Dear Mrs Hackett:

Re: Filing Fee on appeal Case in the 11th Circuit No: 07-13909-H and District Court No: 07-0481-CV-W-N

I had the accounting clerk to sent me a copy of all of my funds from the last six months. There is no showing of any deduction or withdraw for $32.00 from my account, Unless someone is mishandle fund, they had already fired one officer for mishandle fund. My mother just start recieve her Social Security, she is my only source of income.

I Thank You for looking into this matter for me.... The State of Alabama do not provid there inmates hygiene, like deodorant, shampoo, tooth brush, Also for health services (Sick call) for each time a inmate sign up for Sick call it cost him $3.00 per visit to talk to a nurse, Most of the time we never see a doctor.

Your Truly,
Anthony Carey
Anthony Carey pro-se