IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CAREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-481-WKW |
| | ) |
| WARDEN GEORGE FREE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff has filed a Motion for Leave to Appeal *in Forma Pauperis* (Doc. # 15). It is ORDERED that this motion is DENIED as moot because plaintiff has already paid the full filing fee for his appeal.

DONE this 7th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE