ANDERSON, APPEAL, CLOSED, INMATE

# U.S. District Court
# Alabama Middle District (Montgomery)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00481-WKW-TFM
# Internal Use Only

Carey v. Free et al (INMATE 1)
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Terry F. Moorer
Case in other court: 07-13909-H
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/31/2007
Date Terminated: 07/31/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Anthony L. Carey  represented by  Anthony L. Carey
AIS 152763
Limestone Correctional Facility
28779 Nick Davis Road
L-A-13-A
Harvest, AL 35749-7006
PRO SE

V.

**Defendant**

**George Free**
*Warden*

**Defendant**

**Gray Bice**
*Officer*

**Defendant**

**Ann Langford**

**Defendant**

**Troy King**
*Attorney General, Hon.*
*TERMINATED: 07/31/2007*

ATTEST: A True Copy.
Certified to January 9, 20 08
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

BEGIN VOL. 1

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

**CONT. VOL. 1**

| Date | Doc # | Entry |
|---|---|---|
| 05/31/2007 | | (Court only) Staff Attorneys added as interested parties. Assignment of Staff Attorney Anderson. Set Anderson & Inmate Flags (kh) (Entered: 05/31/2007) |
| 06/01/2007 | 1 | Inmate 1983 COMPLAINT against George Free, Gray Bice, Ann Langford, Troy King, filed by Anthony L. Carey. (dmn) (Entered: 06/01/2007) |
| 06/01/2007 | 2 | ORDER that on or before 6/18/2007 the plaintiff shall file either the appropriate affidavit in support of his motion for leave to proceed in forma pauperis accompanied by a prison account statement from the account clerk at the Limestone Correctional Facility as further set out in the order or the $350.00 filing fee. The Clerk is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed in forma pauperis before this court. Signed by Judge Terry F. Moorer on 6/1/2007. Copy with IFP form mailed to petitioner. (dmn) (Entered: 06/01/2007) |
| 06/18/2007 | 3 | Application to Proceed Without Prepayment of Fees and Affidavit by Anthony L. Carey. (dmn) (Entered: 06/18/2007) |
| 06/18/2007 | 4 | ORDER directing Monthly Payments be made from Inmate's Prison Account until fee is paid in full; granting 3 Affidavit for Leave to Proceed in forma pauperis except to the extent payment is required under this order. Copies mailed to plaintiff and account clerk at Limestone Correctional Facility. Signed by Judge Terry F. Moorer on 6/18/2007. (dmn) (Entered: 06/18/2007) |
| 06/20/2007 | 5 | REPORT AND RECOMMENDATIONS re 1 Inmate 1983 Complaint filed by Anthony L. Carey, that: 1. The plaintiff's challenge to disposition of his habeas petition by the Circuit Court of Elmore County, Alabama and his claim against Troy King be dismissed with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i) and (iii). 2. Troy King be dismissed as a defendant in this cause of action. 3. This case, with respect to the plaintiff's claims challenging the constitutionality of a 2003 disciplinary for possession of contraband lodged against him during his incarceration at the State Cattle Ranch in Greensboro, Alabama, be transferred to the United States District Court for the Northern District of Alabama. Objections to R&R due by 7/2/2007. Signed by Judge Terry F. Moorer on 6/20/2007. (dmn) (Entered: 06/20/2007) |
| 07/16/2007 | | NO OBJECTIONS FILED to 5 Report and Recommendation. (dmn) (Entered: 07/16/2007) |
| 07/26/2007 | 6 | Application to Proceed Without Prepayment of Fees and Affidavit by Anthony L. Carey. (dmn) (Entered: 07/26/2007) |
| 07/27/2007 | 7 | ORDER denying as moot 6 motion for leave to proceed in forma pauperis. Signed by Judge Terry F. Moorer on 7/27/07. (sl, ) (Entered: 07/27/2007) |

| 07/31/2007 | ●8 | ORDERED that: (1) the 5 Recommendation of the Magistrate Judge is adopted; (2) the plaintiff's challenge to disposition of his habeas petition by the Circuit Court of Elmore County, AL and his claims against Troy King are dismissed with prejudice prior to service of process; (3) Troy King is Dismissed with prejudice as a defendant in this cause of action; and (4) this case, with respect to the plaintiff's claims challenging the constitutionality of a 2003 disciplinary for possession of contraband lodged against him during his incarceration at the State Cattle Ranch in Greensboro, AL is TRANSFERRED to the USDC, Northern District of Alabama. The Clerk of court is directed to take all necessary steps to effectuate said transfer. Signed by Judge William Keith Watkins on 7/31/07. (Attachments: # 1 Civil Appeals Checklist)(sl, ) (Entered: 07/31/2007) |
|---|---|---|
| 07/31/2007 | | (Court only) *** Party Troy King terminated pursuant to 8 Order entered on 7/31/07. (sl, ) (Entered: 07/31/2007) |
| 08/06/2007 | ●9 | Return Receipt Card showing service of entire file (transfer) signed by F. Calahan for Clerk, U. S. District Court, Northern District of Alabama on 8/1/2007. (dmn) Modified on 8/6/2007 to reflect that the case number in the USDC/NDAL is CV-07-J-1414-NE. (dmn). (Entered: 08/06/2007) |
| 08/13/2007 | ●10 | NOTICE OF APPEAL by Anthony L. Carey to the United States Court of Appeals for the Eleventh Circuit from the 8 Order Adopting Report and Recommendations, entered on 7/31/07. Copies mailed (ydw, ) (Entered: 08/21/2007) |
| 08/21/2007 | ● | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order to US Court of Appeals re 10 Notice of Appeal (ydw, ) (Entered: 08/21/2007) |
| 08/28/2007 | ●11 | USCA Case Number 07-13909-H for 10 Notice of Appeal filed by Anthony L. Carey. (dmn) (Entered: 08/28/2007) |
| 09/06/2007 | ●12 | NOTICE OF Jurisdictional Question By USCA Eleventh Circuit re 07-13909, 10 Notice of Appeal. (Attachments: #(1) USCA Letter) (dmn) (Entered: 09/14/2007) |
| 10/29/2007 | ●13 | USCA Appeal Fees received $ 32.00 receipt number 4602000984 re 10 Notice of Appeal filed by Anthony L. Carey (ydw, ) Modified on 11/15/2007, 13 to reflect the correct amount $32.00 for USCA Appeal Fees (ydw, ). (Entered: 10/31/2007) |
| 11/13/2007 | ● | NOTICE of Docket Text Correction re 13 USCA Appeal Fees to reflect the correct amount $32.00. No PDF attached see document #13 (ydw, ) (Entered: 11/13/2007) |
| 11/13/2007 | ●14 | ORDER of USCA as to 10 Notice of Appeal filed by Anthony L. Carey, 11th Circuit Appeal No. 07-13909-H, that this appeal is DISMISSED in part and MAY PROCEED in part. The appeal is DISMISSED for lack of jurisdiction as to the portion of the district court's 7/31/2007 order that |

| | | |
|---|---|---|
| | | transferred Appellant's claims regarding a 2003 disciplinary for possession of contraband to the USDC/NDAL. However, with respect to the district court's dismissal of Appellant's remaining claims, the appeal MAY PROCEED. (dmn) (Entered: 11/16/2007) |
| 12/20/2007 | 15 | MOTION for Leave to Appeal in forma pauperis by Anthony L. Carey. (dmn) (Entered: 12/20/2007) |
| 01/07/2008 | 16 | ORDERED that the 15 Motion for Leave to Appeal in forma pauperis is denied as moot because plaintiff has already paid the full filing fee for his appeal. Signed by Judge William Keith Watkins on 1/7/08. (sl, ) (Entered: 01/07/2008) |

END VOL. 1

UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| DEBRA P. HACKETT | | TELEPHONE |
|---|---|---|
| CLERK | January 9, 2008 | (334) 954-3610 |

Mr. Thomas K. Kahn, Clerk  USDC No. **CV-07–W-00481-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW  USCA No. **07-13909-HH**
Atlanta, GA   30303

In Re: **ANTHONY L. CAREY V. GEORGE FREE, ET AL.**

---

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1** Volume(s) of Pleadings

  ___Volume(s) of Transcripts

  ___Exhibits: ___Box: ___ Binders: ___Envelopes;

  ___Other:___SEAL Env. (s)**:** ___ PSI(s)

       ____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: Donna M. Norfleet
       Deputy Clerk

cc**:**    **Anthony L. Carey**