

| | |
|---|---|
| **Gordon Fields/CA11/11/USCOURTS**<br>01/04/2008 03:17 PM | To  Yolanda Williams/ALMD/11/USCOURTS@USCOURTS <br> cc  Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Joseph Caruso/CA11/11/USCOURTS@USCOURTS <br> bcc <br> Subject  1st Request for ROA:  07-13909-HH (DC: 2:07-00481 CV W N) |

CA11# 07-13909-HH
Anthony L. Carey v. George Free
MAL: 2:07-00481 CV W N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226