**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**
CLERK

TELEPHONE
(334) 954-3610

January 9, 2008

Mr. Thomas K. Kahn, Clerk  
United States Court of Appeals, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA   30303

USDC No. CV-07-W-00481-N

USCA No. 07–13909-HH

IN RE: ANTHONY L. CAREY V. GEORGE FREE

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [   ]

___First Notice of Appeal:_Yes,__ No    Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

___Yes, The Court Reporter(s) is/are:        Jimmy Dickens

___No                                Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

___IFP_; and/or APPEALABILITY/CPC is pending in this Court.

___Court Appointed Counsel/CJA;  ___Yes; ___No;  Copy of Order Enclosed:

___The Appellate docket fee has been paid;_Yes,__No:_____Date , Receipt#_____

___Appellant has been   ___GRANTED;_DENIED IFP, Copy of Oder enclosed.

___Appellant has been   ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ____ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:

    _1_ Volume(s) of Pleadings, ___Volume(s) of Transcripts,

    ___SEALED ITEMS, ie. ___PSI(s)____; OTHER___TAPE(s)_____

    ___Exhibits:___Envelopes

    ___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet  
      Deputy Clerk