```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003894
Cashier ID: khaynes
Transaction Date: 02/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY CAREY
 Case/Party: D-ALM-2-07-CV-000481-001
 Amount:         $8.00
------------------------------------
CHECK
 Check/Money Order Num: 3948
 Amt Tendered:  $8.00
------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```