```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005921
Cashier ID: khaynes
Transaction Date: 07/28/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY L CAREY
 Case/Party: D-ALM-2-07-CV-000481-001
 Amount:         $12.00
------------------------------------
CHECK
 Check/Money Order Num: 4685
 Amt Tendered:   $12.00
------------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00
```